IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANDALL FOSTER, )<br>)<br>Defendant. ) | No. 07-30067 |

OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter came before the Court on February 4, 2008, for the sentencing hearing of Defendant Randall Foster. Defendant Foster appeared in person and by his attorney Robert A. Alvarado. The Government appeared by Assistant U.S. Attorney Gregory Harris. On October 1, 2007, Defendant Foster appeared before United States Magistrate Judge Byron G. Cudmore and pleaded guilty to the charges of Possession of Child Pornography and Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(2)(B), as alleged in the Indictment (d/e 1). Judge Cudmore recommended that the Court accept the plea. Report and Recommendation entered October 1, 2007 (d/e

1

11). The Court accepted the plea on November 8, 2007. <u>Text Order entered November 8, 2007</u>. The United States Probation Office prepared a Revised Presentence Investigation Report (PSR), dated January 18, 2008.

The Government had no objections.

The Defendant objected because the PSR did not include a two-level reduction in the base offense level because Defendant Foster did not intend to traffic in or distribute child pornography. U.S.S.G. § 2G2.2(b)(2). The Government conceded the objection. The Court, therefore, sustained the objection.

The Defendant had no additional objections to the PSR. The Court, therefore, adopted the remainder of the findings of the PSR as its own, subject to the objection discussed above. Accordingly, the Court found that Defendant Foster had a final Offense Level of 30 and was in Criminal History Category I, resulting in an advisory Guideline sentencing range of 97 to 121 months, in Zone D of the Guidelines. The Court noted that the Guidelines are advisory, and that the Court was required to exercise its discretion to determine Defendant Foster's sentence, considering the Guidelines, the statutory sentencing factors, and all other relevant information. <u>United States v. Booker</u>, 543 U.S. 220 (2005); 18 U.S.C. §

3553(a).

THEREFORE, after considering the case file, the evidence presented, the Guidelines, the relevant statutory sentencing factors, the arguments of counsel, and the statement of Defendant Foster, the Court sentenced Defendant Randall Foster to a term of 97 months imprisonment on each Count, to run concurrently, to be followed by supervised release for life. The Court ordered Defendant Foster to pay a $200.00 special assessment, which was due immediately.  No fine was imposed.  The Court then informed Defendant Foster of his right to appeal.

IT IS THEREFORE SO ORDERED.

ENTER:   February 5, 2008

      FOR THE COURT:

            s/ Jeanne E. Scott
            JEANNE E. SCOTT
            UNITED STATES DISTRICT JUDGE